IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KAREN M. BOYD STARKS** | ) | |
| | ) | |
| v. | ) | No. 3:05-0442 |
| | ) | Judge Echols |
| **JAMES WRIGHT, ET AL.** | ) | |

**O R D E R**

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered August 4, 2005 (Docket Entry No. 17), to which no objection has been filed. In the R&R the Magistrate Judge recommends that the Motion to Dismiss or, in the Alternative, for Summary Judgment (Docket Entry No. 12) filed by Defendants James Wright and Connie Velazquez be granted and Plaintiff's claims against these Defendants be dismissed.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

Accordingly, the Motion (Docket Entry No. 12) is hereby GRANTED, and Plaintiff's claims against Defendants Wright and Velazquez are hereby DISMISSED.

This case is hereby returned to the Magistrate Judge under the original Order of Reference (Docket Entry No. 2).

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE