UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN M. BOYD STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:05-0442 |
| | ) JUDGE ECHOLS |
| WEST MEADE PLACE, LLP, | ) ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) The Order of Reference (Docket Entry No. 2) is hereby WITHDRAWN;

(2) Defendant West Meade Place, LLP's Motion for Summary Judgment (Docket Entry No. 26) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order shall constitute the final judgment in this case pursuant to Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE